UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE:                                                CHAPTER 11

QAD REALTY, LLC,                                      CASE NO. 23-

                        DEBTOR
-----------------------------------------------------------------X

## DECLARATION OF QUENTIN SOLANO FOR
## CHAPTER 11 DEBTOR PURSUANT TO LR 1007-2

**I, QUENTIN SOLANO**, make this declaration pursuant to 28 U.S.C. § 1746:

I am the sole member of QAD Realty, LLC, the debtor and debtor-in-possession (the "Debtor") herein. I am personally familiar with all the matters set forth below.

**Local Rule 1007-2(a)(1):**     **Circumstances Leading to Debtor's Chapter 11 Filing**

1.     The Debtor is a Limited Liability Corporation organized under the laws of the State of New York on December 20, 2012, for the purpose of managing the real property located at 631-635 Center Avenue, Mamaroneck, NY 10543. (the "Property"). The Debtor was in the process of refinancing its mortgage loan in or about June 2019, but its financing fell through, and it was unable to continue making its mortgage payments. Shortly thereafter, in January 2020, the mortgage lender commenced an action to foreclose on the Property in Westchester County Supreme Court, *CJN Capital, LLC v. QAD Realty, LLC, Index No. 50850/2020*. The Debtor filed this bankruptcy in order to restructure its Debts through a Chapter 11 Plan of reorganization, including among other things, curing the default of the mortgage against the Property.

**Local Rule 1007-2(a)(2):**

2.     This case was not originally commenced under chapter 7 or chapter 13.

**Local Rule 1007-2(a)(3):**

3.     No creditors' committee was organized prior to the date of the entry of the order of relief in this case.

**Local Rule 1007-2(a)(4):**

4.     A list of the names, addresses, and claims information of the Debtor's 20 largest unsecured creditors, excluding insiders, was filed with the Debtor's voluntary petition on Official Form 204 and Schedule F.

**Local Rule 1007-2(a)(5):**

**Local Rule 1007-2(a)(5):**

5. The Debtor's secured creditors are listed on Schedule D of the Debtor's voluntary petition.

**Local Rule 1007-2(a)(6)**

6. A Summary of the Debtor's Assets and Liabilities are set forth in Official Form 206Sum filed with the Debtor's petition.

**Local Rule 1007-2(a)(7)**

7. No securities of the Debtor are publicly held.

**Local Rule 1007-2(a)(8)**

8. None of the Debtor's Property is in the possession or custody of any custodian, public officer, mortgage, pledgee, assignee or rents or secured creditor or agent.

**Local Rule 1007-(2)(a)(9)**

9. The Debtor operates its business from 635 Center Avenue, Mamaroneck, NY 10543.

**Local Rule 1007-(2)(a)(10)**

10. The Debtor's books and records are located at 635 Center Avenue, Mamaroneck, NY 10543.

**Local Rule 1007-2(a)(11)**

11. The following legal action against the Debtor is as follows:

*CJN Capital, LLC v. QAD Realty, LLC*, Index No. 50850/2020, in Westchester County Supreme Court.

**Local Rule 1007-2(a)(12)**

12. The Debtor is owned and managed by its sole member Quentin Solano.

**Local Rule 1007-2(b)(1) and (b)(2)**

13. The Debtor does not expect to receive compensation for the 30-day period following the filing of the chapter 11 petition.

**Local Rule 1007-2(b)(3)**

14.     The Debtor's principal does not expect to receive compensation for the 30-day period following the filing of the chapter 11 petition.

The Debtor reserves the right to amend this declaration at any time, after the initial filing date.

Pursuant to 28 U.S.C.§ 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  White Plains, NY
        May 4, 2023

_____
QUENTIN SOLANO, SOLE MEMBER
QAD REALTY, LLC
DEBTOR AND DEBTOR-IN-POSSESSION